SCAN-ONLY

FILED
JAN 24 2000
CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

```
 1  PHILIP A. PUTMAN  SBN 051368
    Law Office of Philip A. Putman
 2  One Pacific Plaza
 3  7755 Center Avenue, 11th Floor
    Huntington Beach, CA 92647
 4
 5  Attorney In Propria Persona
```

LODGED
JAN 24 2000

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA AT SANTA ANA

| | |
|---|---|
| PHILIP A. PUTMAN, an individual, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> RONALD BAUER, in his capacity as Judge of the Superior Court for the County of Orange, and individually; RANDELL WILKINSON, in his capacity as Judge of the Superior Court for the County of Orange, and individually; GARY B. TRANBARGER, in his capacity as Judge of the Superior Court for the County of Riverside, and individually, RONALD KLINE, in his capacity as Judge of the Superior Court for the County of Orange, and individually, FRANCISCO FIRMAT, in his capacity as Judge of the Superior Court for the County of Orange, and individually, DAVID CHAFFEE, in his capacity as Judge of the Superior Court for the County of Orange, and individually, JOHN WATSON, in his capacity as Judge of the Superior Court for the County of Orange, and individually, THOMAS THRASHER, in his capacity as Judge of the Superior Court for the County of Orange, and individually, ROBERT MONARCH, in his capacity as | Case No.: SACV 99-1564-DOC (ANX) <br><br> NOTICE OF DISMISSAL TO COMPLAINT AND DEMAND FOR JURY TRIAL FOR VIOLATION OF 18 U.S.C. §1962 AND 42 U.S.C §1983 |

✓ Docketed
__ Copies / NTC Sent
✓ JS - 5 / JS - 6
__ JS - 2 / JS - 3
__ CLSD

JAN 25 2000

ENTERED ON ICMS _____

-1-

| | |
|---|---|
| 1 | ROBERT MONARCH, in his capacity as ) |
| 2 | Judge of the Superior Court of the ) |
|   | County of Orange, and individually, ) |
| 3 | FREDERICK HORN, in his capacity as ) |
|   | Judge of the Superior Court of the ) |
| 4 | County of Orange, and individually, and ) |
| 5 | DOES 1-100, INCLUSIVE, ) |
|   | ) |
| 6 | Defendants. ) |

COMES NOW the plaintiff, PHILIP A PUTMAN, an individual, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure dismisses without prejudice all the causes of action named in his complaint. Said dismissal is filed without prejudice since defendants have not served an answer to any of the causes of action filed by plaintiff in his complaint

Dated. January 24, 2000

PHILIP A. PUTMAN
Plaintiff In Propria Persona

-2-

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)ss.
**COUNTY OF ORANGE** )

I am a citizen of the United States and a resident of the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action, my business address is 7755 Center Avenue, 11th Floor, Huntington Beach, California 92647.

On January 24, 2000, I caused the following to be served

**NOTICE OF DISMISSAL**

SEE ATTACHED LIST

(X) **(MAIL)** I caused such document, in a sealed addressed envelope, with postage thereon fully prepaid, to be placed in the united States mail at Huntington Beach, California. I am "readily familiar", with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( ) **(BY PERSONAL DELIVERY)** I personally delivered a copy of the document, in a sealed addressed envelope, by hand to the offices of the addressee.

( ) **(BY FAX)** I served such document by facsimile transmission on the interested parties in this action. The Fax number that I used was _____. The facsimile machine I used reported no error was reported by the machine

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 24 2000, at Huntington Beach, California.

*[signature]*

**MAILING LIST**

-1-

| | | |
|---|---|---|
| 1 | Irving Berger | Attorney for Defendants |
| 2 | 10 Civic Center Plaza, 4th Floor<br>P.O Box 1379 | |
| 3 | Santa Ana, CA 92702-1379 | |
| 4 | Phone: (714) 834-6238<br>Fax   (714) 834-2359 | |

-2-